UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __14-4266__ as

☐ Retained  ☑ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: Carlos Riley, Jr.

_____ as the
(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

/s/ Michael E. Archenbronn
(signature)

Michael E. Archenbronn                           336.725.1272
Name (printed or typed)                          Voice Phone

Michael E. Archenbronn Law Office                336.725.9773
Firm Name (if applicable)                        Fax Number

POB 30181

Winston Salem, NC  27130                         salemlawyer@juno.com
Address                                          E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on __04/03/2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ Michael E. Archenbronn                                          04/03/2014
       Signature                                                        Date

11/17/2011
SCC